IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

**Plaintiff**

v.

MIGUEL BARRAL-COLON (2),

**Defendant(s)**

CRIMINAL NO. 04-76(JAG)

**ORDER**

The deadline for filing objections to the Magistrate-Judge's Report and Recommendation has elapsed. Upon review of the record, the Court adopts the Report and Recommendation.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 21st day of December, 2005.

S/Jay A. Garcia-Gregory
JAY A. GARCIA-GREGORY
United States District Judge